285

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal map measures, not plated with platinum, gold, or silver, or colored with gold lacquer, similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

No. 65974.—Scope Instrument Corp. v. United States, protests 60/12204 and 60/12205 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal map measures, not plated with platinum, gold, or silver, or colored with gold lacquer, similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

No. 65975.—Florea & Co., Inc. v. United States, protests 302124–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the items marked "A" were held dutiable at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves, and the items marked "B" at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves.

No. 65976.—Florea & Co., Inc. v. United States, protests 314438–K, 317630–K, and 317752–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.